UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERICA DENISE FOSTER,

                        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

-----------------------------------------------------------------X

24-CV-7209 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff's deadline to file a reply brief in support of her motion for judgment on the pleadings (ECF No. 13) was July 17, 2025. No reply has been filed. If Plaintiff seeks to file a reply brief, Plaintiff is directed to do so by **August 8, 2025**. If no reply brief is filed by that date, the Court will consider the motion fully briefed.

      **SO ORDERED.**

DATED:    New York, New York
              July 28, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge