**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ERICA DENISE F.,

|                                        |                          |
|----------------------------------------|--------------------------|
| Plaintiff,                             | 24 **CIVIL** 7209 (GRJ)  |
| -against-                              | **JUDGMENT**             |
| COMMISSIONER OF SOCIAL SECURITY,       |                          |
| Defendant.                             |                          |

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision and Order dated December 22, 2025, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, this case is closed.

**Dated:**  New York, New York

December 23, 2025

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY:  _____
**Deputy Clerk**